Steven H. Schultz, SBN 163543
SCHULTZ LAW GROUP, PC
555 University Avenue, Suite 250
Sacramento, CA 95825
Telephone: (916) 922-2310
Facsimile:  (916) 922-1921
Email: steve@schultzinjurylaw.com

Attorneys for Plaintiff Michael Smith

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ROMAN A. SWOOPES (CABN 274167)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5084
FAX: (408) 535-5081
Roman.Swoopes@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MICHAEL SMITH,

     Plaintiff,

    v.

UNITED STATES OF AMERICA,

     Defendant.

)
)
)
)
)
)
)
)
)
)
)

CASE NO. 5:24-cv-7098-SVK
ORDER GRANTING
**STIPULATION OF DISMISSAL**

STIPULATION OF DISMISSAL
CASE NO. 5:24-cv-7098-SVK

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Michael Smith and Defendant the United States of America hereby stipulate to dismiss, with prejudice, the above-captioned case. Each party shall bear its own fees and costs.

Respectfully Submitted,

DATED: February 27, 2026                    SCHULTZ LAW GROUP, PC

_____
STEVEN H. SCHULTZ*
Attorney for Plaintiff

DATED: February 27, 2026                    CRAIG H. MISSAKIAN
United States Attorney

_____/ s /_____
ROMAN A. SWOOPES
Assistant United States Attorney
Attorneys for Federal Defendants

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that each signatory has concurred in the filing of this document.

STIPULATION OF DISMISSAL
CASE NO. 5:24-CV-7098-SVK                    1

**[PROPOSED] ORDER**

Pursuant to the stipulated request, and for good cause shown, IT IS HEREBY ORDERED:

Plaintiff Michael Smith and Defendant the United States of America hereby stipulate to dismiss, with prejudice, the above-captioned case.  Each party shall bear its own fees and costs

IT IS SO ORDERED.

Dated: __March 2___, 2026

_____
HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge

STIPULATION OF DISMISSAL
CASE NO. 5:24-CV-7098-SVK                    2